AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23-MJ-04030-ACE |
| RICARDO ORIZABA | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 08, 2023**

SEAN F. McAVOY, CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 8, 2023 in the county of Yakima in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(i)<br>18 U.S.C. § 924(c) | Possession with Intent to Distribute 1 Kilogram or more of a Mixture or Substance Containing a Detectable Amount of Heroin,<br>Posession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

☑ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date: 02/08/2023

City and state: Yakima, Washington

DAINA M NUNEZ
*Digitally signed by DAINA M NUNEZ*
*Date: 2023.02.08 17:38:14 -08*

*Complainant's signature*

Diana Nunez, SA HSI
*Printed name and title*

*Alexander C. Ekstrom*
*Judge's signature*

ALEXANDER C. EKSTROM, U.S. Magistrate Judge
*Printed name and title*

AUSA: CJB         COUNTY: YAKIMA

# AFFIDAVIT

On February 8, 2023, Homeland Security Investigations (HSI) Special Agents (SA) were conducting surveillance at 321 Yakima Street, Parker WA 98939 (TARGET HOUSE) in advance of the service of a federal search warrant (1:23-MJ-04020-ACE). While on surveillance, at approximately 7:40 a.m., SA D. Nunez observed a subject exit the front door of the TARGET HOUSE and make contact with a vehicle that was parked in front of the TARGET HOUSE. SA A. Tillett then saw the subject get into the driver seat of another vehicle, a black Camaro parked just south of the TARGET HOUSE. Both vehicles departed the TARGET HOUSE. Both vehicles drove to a nearby parking lot and parked. At approximately 8:30 a.m., SA A. Tillett and SA J. Corcoran approached the driver of the black Camaro who identified himself as Ricardo ORIZABA. ORIZABA gave consent for agents to search the black Camaro he was driving. Agents located ammunition and a firearm magazine inside the vehicle. ORIZABA was determined to be a citizen of Mexico. During the contact with ORIZABA, the search warrant was served at the TARGET HOUSE. During the execution of the search warrant, agents encountered Lizbet TORRES, who was inside the TARGET HOUSE. Inside the residence, HSI SA's located 8 firearms; approximately 1.8

1

kilograms of suspected heroin; approximately 11,000 suspected fentanyl pills divided into 11 baggies; an unknown white powdery substance that appeared to the agents, based on their training and experience, to be fentanyl that weighed approximately 1.2 kilograms; ammunition; body armor; and a scale with powdery residue. Agents also observed a vacuum sealer and plastic baggies. Based on my knowledge, training, and experience conducting narcotics investigations, the amounts of controlled substances and paraphernalia observed are consistent with the distribution of narcotics.

Near the 11,000 suspected fentanyl pills, agents located an AR-15 semiautomatic rifle. TORRES' children were also located in the bedroom on a mattress.

No other adults were located in the TARGET HOUSE.

At approximately 11:11 a.m., SA D. Nunez and T. Desmond interviewed ORIZABA. ORIZABA was read his Miranda Rights from a pre-printed form in the English language. ORIZABA initially agreed to speak with agents but then requested an attorney be present before answering any questions. The interview was terminated at approximately 11:20 a.m.

At approximately 12:10 p.m., SA D. Nunez interviewed TORRES. TORRES was read her Miranda Rights from a pre-printed form in the English language. TORRES agreed to speak with agents. Post-Miranda, TORRES said she

was asleep in the bedroom where the fentanyl was located with her children, ages 3 months and 1 year, when agents arrived. TORRES said she was aware of the fentanyl pills. TORRES stated she shared the room with ORIZABA and claimed the fentanyl belonged to him. TORRES said she and ORIZABA have been in a relationship for seven (7) years and have two children in common. TORRES said that ORIZABA has been involved in selling drugs for the past year and that she was planning on moving out of the house due to drug activity. TORRES said ORIZABA is not currently employed. TORRES stated that she was employed at Walmart and currently on maternity.

    TORRES said the vehicle ORIZABA was driving is registered in her name, but she does not drive or have a driver's license.

    SA A. Tillett and Task Force Officer C. Gillette field tested the suspected heroin and received a positive reaction.

    ORIZABA and TORRES were arrested and taken into custody.

Respectfully submitted,

DAINA M NUNEZ
Digitally signed by DAINA M NUNEZ
Date: 2023.02.08 17:38:52 -08'

Daina Nuñez, Special Agent
Homeland Security Investigations

SWORN TO telephonically and subscribed electronically this __8th__ day of February, 2023.

Honorable Alexander C. Ekstrom
United States Magistrate Judge

4