FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 15, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RICARDO ORIZABA,<br><br>        Defendant. | NO.  1:23-CR-02005-SAB<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER** |

Before the Court are the Government's Unopposed Motion for Protective Order, ECF No. 27, and related Motion to Expedite, ECF No. 28. The motions were heard without oral argument. The Government is represented by Michael Murphy and Richard Burson. Defendant is represented by Jennifer Barnes.

The United States asks the Court to issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure. It asserts a Protective Order is necessary to because the disclosure of certain discovery could lead to flight from prosecution, the destruction of evidence and harm to witnesses. It indicates the motion is unopposed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Moton to Expedite, ECF No. 28, is **GRANTED**.

2. The Government's Unopposed Motion for Protective Order, ECF No. 27, is **GRANTED**.

//

//

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**~ 1

3. Pursuant to the motion of the United States and Federal Rule of Criminal Procedure 16(d), the Court issues the following Protective Order.

1. All discovery produced by the United States in this case is for use by defendant and defense counsel (collectively, "the defense") solely for investigating, preparing for trial, trial, and any appeals of this matter and for no other purpose.

2. The defense may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense, except as further set forth herein.

3. The defense may share discovery materials with Defendant, but may not disseminate such materials to Defendant or leave such material in any detention center.

4. Counsel shall ensure that every member of his/her defense team is advised of the Order and agrees in writing to be bound by its terms.

5. The defense shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

6. The defense may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense informs any such individual(s) of this Order and obtains his/her written agreement to be bound by its terms.

7. The defense may show witnesses discovery materials as necessary for the preparation of the defense, but may not give copies or the materials to witnesses absent further Order of the Court.

8. Upon written request of the United States Attorney's Office, the defense shall return or confirm destruction of any and all copies of the discovery to the United States within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**~ 2

9. To the extent that any of the criminal discovery materials contain any individual's personal information, the defense shall redact any filings referencing or containing said materials.

10. To the extent that any criminal discovery materials were filed with the court under seal, the defense shall file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publicly filed.

11. If defense counsel withdraws or is disqualified from participation in this case, upon written request of the United States Attorney's Office, the defense shall return or confirm destruction of any discovery produced pursuant to the Order to the United States within 10 days.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 15th day of March 2023.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER~ 3**