FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>RICARDO ORIZABA,<br>    Defendant. | No. 1:23-CR-02005-SAB-1<br><br>**ORDER GRANTING MOTION TO DISMISS INDICTMENT**<br><br>**\*\*U.S. Marshals Service Action Required\*\*** |

    Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 43. The United States is represented by Michael Murphy.

    The United States asks the Court to dismiss the Indictment without prejudice.

//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO DISMISS INDICTMENT** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States' Motion to Dismiss Indictment, ECF No. 43, is **GRANTED**.

2. The February 22, 2023 Indictment, ECF No. 18, is **dismissed**, without prejudice.

3. The U.S. Marshals Service is ordered to release Defendant forthwith.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and the U.S. Marshals Service, and **close the file**.

**DATED** this 9th day of April 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS INDICTMENT** ~ 2